IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANTHONY RIVERA,**<br><br>                    Plaintiff,<br><br>          v.<br><br>**JPMORGAN CHASE BANK, N.A.,**<br><br>                    Defendant. | Civil Action No. 1:15-cv-01065 |

## DEFENDANT'S MOTION TO DISMISS

Defendant JPMorgan Chase Bank, N.A., by and through its undersigned counsel, hereby respectfully moves this Court for an order dismissing Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted.  In support of its Motion to Dismiss, Defendant submits the accompanying Memorandum in Support of Motion to Dismiss.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. respectfully requests that the Court grant its Motion to Dismiss and enter an Order granting its Motion to Dismiss and dismissing Plaintiff's Complaint in its entirety, with prejudice, together with any other relief the Court deems proper and just.

2

Respectfully submitted,


*/s/ Michael B. Roberts*
Michael B. Roberts (D.C. Bar No. 976409)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC 20005
Phone: (202) 414-9288
Facsimile: (202) 414-9299
mroberts@reedsmith.com

*Counsel for the Defendant,*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2015, I filed a copy of the foregoing Motion

to Dismiss and served a copy on the Plaintiff by U.S. mail, postage prepaid, at:

> Mr. Anthony Rivera
> 817 4th Street Northeast
> Washington, DC 20002


> /s/ Michael B. Roberts
> Michael B. Roberts (D.C. Bar No. 976409)
> REED SMITH LLP
> 1301 K Street, N.W.
> Suite 1000 – East Tower
> Washington, DC 20005
> Phone: (202) 414-9288
> Facsimile: (202) 414-9299
> mroberts@reedsmith.com
>
> *Counsel for the Defendant,*
> *JPMorgan Chase Bank, N.A.*