UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY RIVERA,<br>　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br>　　　Defendant. | Civil Action No. 1:15-cv-01065 |

## ORDER

Before the Court are defendant's motion to strike class action allegations [3], defendant's motion to dismiss [4], plaintiff's opposition to defendant's motion to dismiss [8], and defendant's reply [9].

Upon consideration of these submissions, the applicable law, and the record in this case, the Court rules as follows, for the reasons set forth in the accompanying Memorandum Opinion:

Defendant's motion to dismiss is hereby GRANTED.

Defendant's motion to strike class action allegations is hereby DENIED as moot.

Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　　United States District Judge

October 22, 2015