IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTHONY RIVERA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:15-CV-01065 |
| | ) | |
| **JPMORGAN CHASE BANK, N.A.** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Anthony Rivera appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered on October 22, 2015 granted Defendant JPMorgan Chase Bank N.A., FSB's motion and the judgment entered on December 10, 2015 that denied Plaintiff Anthony Rivera's motion to alter or amend judgment.

Dated: January 8, 2016

Respectfully submitted,

ANTHONY RIVERA


Anthony Rivera
817 4th Street, N.E.
Washington, D.C. 20002
(202) 544-0859
Arivera268@aol.com

No fee paid
1/11/2016
JCD

RECEIVED

JAN 11 2016

Clerk, U.S. District and
Bankruptcy Courts