# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 16-7008**　　　　　　　　　　　**September Term, 2015**

**1:15-cv-01065-RCL**

**Filed On: July 14, 2016** [1624767]

Anthony Rivera,

　　　　　Appellant

　　v.

JPMorgan Chase Bank, N.A.,

　　　　　Appellee

## M A N D A T E

In accordance with the order of July 14, 2016, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　　/s/
　　　Mark A. Butler
　　　Deputy Clerk

Link to the order filed July 14, 2016